IN THE MATTER OF ABRAHAM FULLER HULL

1806

JOURNAL ENTRIES

1. Depositions and recognizance filed . . . . *Journal, infra,* *p. 17
2. Recognizance discharged . . . . . . . . . . " 24
3. Motion for costs . . . . . . . . . . . " 24

PAPERS IN FILE

[None]